UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
THE METROPOLITAN MUSEUM OF ART AND :
JAN COWLES,

                        Plaintiffs,

          v.

SAFFLANE HOLDINGS, LTD. AND ROBERT
WYLDE

                        Defendants.
---------------------------------------x

No. 11 Civ. 3143 (DLC) (MHD)

STIPULATION OF DISMISSAL

**MEMO ENDORSED**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys of record for The Metropolitan Museum of Art, Jan Cowles, Safflane Holdings, Ltd. and Robert Wylde, that all claims and counterclaims asserted in this action by The Metropolitan Museum of Art, Jan Cowles, Safflane Holdings, Ltd. and/or Robert Wylde are hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(1) with prejudice and with each party to bear its own costs, expenses, and attorneys' fees.

Dated: New York, New York
        December 21, 2011

PATTERSON BELKNAP WEBB & TYLER LLP

By: _____
John D. Winter (jwinter@pbwt.com)
1133 Avenue of the Americas
New York, New York 10036
Telephone: 212-336-2000
Fax: 212-336-2222

*Attorneys for The Metropolitan Museum of Art*

So ordered -
James Cox
1/27/12

SNR DENTON

By: /s/ David Baum
David Baum
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: 212-768-6700
Fax: 212-768-6800

*Attorneys for Jan Cowles*

AARON RICHARD GOLUB, ESQUIRE, P.C.

By: /s/ Aaron Richard Golub
Aaron Richard Golub
34 East 67th Street, 3rd Floor
New York, New York 10065
Telephone: 212-838-4811
Fax: 212-838-4869

*Attorney for Safflane Holding Company and Robert Wylde*

SO ORDERED:

_____
The Honorable Denise L. Cote